IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK D. FOLEY,

    Petitioner,                   No. 2:01-cv-0714-MCE-JFM (HC)

    vs.

JAMES ROWLAND, et al.,

    Respondents.             <u>ORDER</u>

        Petitioner has filed, <u>in</u> <u>propria</u> <u>persona</u>, a letter concerning the disposition of this action.  Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court is directed to send a copy of the letter filed by petitioner on March 4, 2010 to petitioner's counsel of record and to serve a copy of this order on petitioner at the address on the March 4, 2010 letter.

DATED: March 29, 2010.

                                       UNITED STATES MAGISTRATE JUDGE

12
fole0714.let

1