1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   MARK D. FOLEY,                          No.  2:01-cv-0714 MCE GGH P

11              Petitioner,

12        v.                                 ORDER

13   MARTIN BITER, Warden,

14              Respondent.

15

16        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17   pursuant to 28 U.S.C. § 2254.  On July 14, 2015, the United States Court of Appeals for the Ninth

18   reversed this Court's September 28, 2012 Order (ECF No. 40) denying Petitioner's Motion for

19   Relief from Judgment (ECF No. 28), and remanded for further proceedings.  On August 6, 2015,

20   the mandate issued.  ECF No. 50.

21        The Ninth Circuit determined that this Court's September 28, 2012 order denying

22   Petitioner's Motion for Relief from Judgment pursuant to Federal Rule of Civil Procedure 60(b)

23   was in error, as it was incorrectly based on the finding that Petitioner's counsel had not

24   abandoned him.  The Ninth Circuit held that not only was Petitioner abandoned by his attorney,

25   but that this abandonment prevented Petitioner from timely appealing the denial of his habeas

26   petition.  The Ninth Circuit further held that this Court erred in finding that Petitioner's Motion

27   for Relief from Judgment was untimely.

28   ///

1

1      Accordingly, IT IS HEREBY ORDERED that:

2          1.  This Court's September 28, 2012 Order (ECF No. 40) is VACATED;

3          2.  Petitioner's Motion for Relief from Judgment (ECF No. 28) is GRANTED;

4          3.  Judgment entered August 18, 2004 (ECF No. 20) is VACATED and RE-ENTERED

5  effective immediately; and

6          4.  Petitioner is ordered to file a notice of appeal and motion for certificate of appealability

7  within thirty days (30) of the date that this Order is electronically filed.

8      IT IS SO ORDERED.

9  Dated:  August 19, 2015

10

11  _____
   MORRISON C. ENGLAND, JR., CHIEF JUDGE
12  UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28